IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| L & S LICENSING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BELLAVENTI ENTERPRISES, INC. and ) <br> RAYMOND OAK, INC. ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 1:05CV00261 <br><br> **DEFAULT JUDGMENT AGAINST DEFENDANTS** |

This matter comes before the Court on Plaintiff L & S Licensing, Inc.'s (herein "Plaintiff") Motion for Default Judgment against Defendants Bellaventi Enterprises, Inc. and Raymond Oak, Inc. (herein collectively "Defendants"). The Court finds that Defendants have failed to make any appearance in this action, and have failed to contest Plaintiff's Motion for Default Judgment.

After considering plaintiff's First Amended Complaint, Plaintiff's Motion for Default Judgment, Plaintiff's Brief in Support of Motion for Default Judgment, the Affidavit of Robert D. Mason, Jr. in support of Motion for Default Judgment and the exhibits thereto, the Declaration of Bryan Smith in Support of Motion for Default Judgment, and the Affidavit of Costs and Attorney's Fees filed by Plaintiff, the Court is of the opinion that good cause exists for the entry of a default judgment against Defendants. The Court incorporates by reference all the allegations in Plaintiff's First Amended Complaint as these allegations are deemed admitted by Defendants. The Court further incorporates by reference the facts detailed in the affidavits and declaration filed by Plaintiff in this action as findings of fact by the Court.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and it is further ORDERED that:

1. A nationwide permanent injunction enjoining Defendants and their owners, affiliates, subsidiaries, associates, directors, officers, agents, servants, employees, and all others under its control or acting in concert therewith or having knowledge thereof; from making, using, manufacturing, importing, selling, offering for sale, or inducing or contributing to other's efforts to make, use, sell, offer to sell, or sell products that infringe Plaintiff's U.S. Patent No. 6,712,969 (the "Patent") is hereby entered;

2. The Court orders the impounding and destruction of all products in Defendants' possession, custody or control that infringe the Patent, and of all products that can be used to make or advertise the infringing products;

3. Defendants are adjudicated as willful infringers of the Patent;

4. Plaintiff has put on competent evidence that it has had a minimum $150,000.00 in compensatory damages as a result of Defendants' infringing acts;

5. The Court finds that as a result of Defendants' willful infringement, Plaintiff is entitled to have its compensatory damages trebled;

6. Plaintiff is hereby awarded a judgment for compensatory damages for Defendants' willful infringement in the amount of $450,000.00, and Defendants are ordered to pay this sum to Plaintiff within thirty (30) days of entry of this default judgment;

7. Plaintiff has put on competent evidence of attorney's fees and costs incurred in being forced to file this action and bring a motion for default judgment against Defendants; and

8. Plaintiff is hereby awarded attorney's fees in the amount of $10,491.91, and costs in the amount of $898.28, and Defendants are ordered to pay this sum within thirty (30) days of entry of this default judgment.

9. Plaintiff is hereby awarded interest at the legal rate from the date of entry of this default judgment

IT IS SO ORDERED, this the 4th day of April 2007.

                                                           United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

L & S LICENSING, INC.,             )
                                   )
        Plaintiff,                 )
                                   ) Civil Action No. 1:05CV00261
v.                                 )
                                   )
BELLAVENTI ENTERPRISES, INC. and   )        **CERTIFICATE OF SERVICE**
RAYMOND OAK, INC.                  )
                                   )
        Defendant.                 )
_____)

Plaintiff L & S Licensing, Inc., through counsel, hereby certifies that a copy of Plaintiff's proposed Default Judgment Against Defendants was served on the following persons at the addresses and in the manner indicated below via U.S. Mail Certified Mail Return Receipt Requested:

Raymond Oak, Inc.
14741 Industry Circle
La Mirada, CA 90638

Raymond Oak, Inc.
c/o Registered Agent Rong Long Wang
11770 E. Warner Avenue, Suite 225
Fountain Valley, CA 92708

Bellaventi Enterprises, Inc.
14741 Industry Circle
La Mirada, CA 90638

Bellaventi Enterprises, Inc.
c/o Registered Agent Art Nguyen
18708 Colima Road
Rowland Heights, CA 91748

4

This the 5th day of March, 2007.

/s/ Robert D. Mason, Jr.
Robert D. Mason, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: (336) 721-3761
E-mail: rmason@wcsr.com